**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AJA ADEGHE, individually and on behalf of all
others similarly situated,

                         Plaintiff,

         -against-                                   22 **CIVIL** 10025 (CS)

                                                      **JUDGMENT**

THE PROCTER & GAMBLE COMPANY,

                        Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 02, 2024, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       January 02, 2024

                                                      **RUBY J. KRAJICK**

                                                         Clerk of Court

                            **BY:**
                                                        **Deputy Clerk**